|  | IN THE DISTRICT COURT OF APPEAL FIRST DISTRICT, STATE OF FLORIDA |
|---|---|

CHRISTOPHER D. THORTON,

        Petitioner,

v.

STATE OF FLORIDA,
DEPARTMENT OF HIGHWAY
SAFETY AND MOTOR
VEHICLES,

        Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D16-480

Opinion filed August 5, 2016.

Petition for Writ of Certiorari.

David M. Robbins and Susan Z. Cohen, Jacksonville, for Petitioner.

Jason Helfant, Senior Assistant General Counsel, Tallahassee, for Respondent.

PER CURIAM.

      DENIED.

LEWIS, WETHERELL, and RAY, JJ., CONCUR.